Unsealed 6/5/08 YMA **ORIGINAL**

**ORDERED SEALED BY COURT**

08 JUN -4 AM 10:

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

**08 MJ 1755**

10 | UNITED STATES OF AMERICA,           ) Case No.

11 |     Plaintiff,                                )

12 |     v.                                        ) **ORDER SEALING COMPLAINT**
   |                                               ) **AND ARREST WARRANTS**

13 | MARCO CORRADO, et al.,                )

14 |     Defendants.                             )

15

16     Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

17     IT IS HEREBY ORDERED that the Complaint (along with the affidavit in support of the

18 Complaint), arrest warrants for all of the named defendants, and this order, be sealed until further

19 order of the Court.

20

21     DATED: __JUN 4 2008·

                                                 HON. LEO S. PAPAS

22                                        United States Magistrate Judge

23

Presented by:

24

25 KAREN P. HEWITT
    United States Attorney

26

    MICHAEL J. CROWLEY

27 Assistant U.S. Attorney

28

SEALED by Order of
Magistrate Judge Leo S. Papas
Date __JUN 4 2008

Leo S. Papas
US Magistrate Judge