UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**ORDERED SEALED BY COURT** ~~struck through~~ unsealed 06-05-08

UNITED STATES OF AMERICA,

V.

MARCO CORRADO et al.,

**WARRANT FOR ARREST**

Magistrate Case No. 08 MJ 1755

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST: RUBEN SANTOS**
                                               Name

and bring him or her forthwith to the nearest magistrate judge to answer a

___ Indictment ___ Information _X_ Complaint ___ Order of court ___ Violation Notice ___ Probation Violation Petition

The complaint charges defendant RUBEN SANTOS with conspiracy to distribute methamphetamine and aiding and abetting in violation of Title 21, United States Code, Sections 846 and 841(a)(1) and Title 18, United States Code, Section 2.

SEALED by Order of
Magistrate Judge Leo S. Papas
Date JUN 4 2008

| Honorable Leo S. Papas | Leo S. Papas | United States Magistrate Judge |
|---|---|---|
| Name of Issuing Officer | US Magistrate Judge | Title of Issuing Officer |

Signature of Issuing Officer

ARRESTED BY: FBI San Diego 6/5/08
STEVEN C. STAFFORD, S/CA
ACTING U.S. MARSHAL, S/CA

June 4, 2008, San Diego, California
Date and Location

(By) Deputy Clerk

Bail Fixed at $ To be set in Court    by LEO S. PAPAS
                                        Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |