# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

NOT FOR PUBLIC VIEW         SEALED
unsealed 6/19/08 ajs

UNITED STATES OF AMERICA
V.                                               **WARRANT FOR ARREST**

Ruben Santos (2)

CASE NUMBER:  08cr2018 BTM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Ruben Santos (2)_____
                                                         Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition
                                                                                           [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine; 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute; 18:2 - Aiding and Abetting

In violation of Title _____See Above_____ United States Code, Section(s) _____

RECEIVED 2008 JUN 18 A 11:15 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.                    Clerk of the Court
Name of Issuing Officer                   Title of Issuing Officer

A. Everitt    [SEAL]                       June 17, 2008 San Diego, CA
Signature of Deputy                       Date and Location

Bail fixed at $ _____         by    The Honorable Nita L. Stormes
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |