~~SEALED~~ *Unsealed 6/19/08 nyc*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>   v.<br><br>MARCO ANTONIO CORRADO, ET AL.,<br>   aka Marcos<br><br>      Defendant. | Criminal Case No. '08 CR 2018 BTM<br><br><u>NOTICE OF RELATED CASE</u> |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Gustavo Rivera-Martinez, et al.</u>, Criminal Case No. 02CR0878-L.

DATED: June 17, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ Michael J. Crowley*

MICHAEL J. CROWLEY
Assistant U.S. Attorney