AO 442

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

Unsealed 04-05-08

SEALED

UNITED STATES OF AMERICA
V.
Ruben Santos (2)

08 JUL -7 AM 8:45

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

**WARRANT FOR ARREST**

#1523628
1507790

CASE NUMBER: 08cr2018 BTM

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Ruben Santos (2) _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition  [ ] Pretrial Violation

charging him or her with (brief description of offense)

21:846 and 841(a)(1) - Conspiracy to Distribute Methamphetamine; 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute; 18:2 - Aiding and Abetting

In violation of Title _____ See Above _____ United States Code, Section(s) _____

ARRESTED BY: STEVEN C. STAFFORD, ACTING U.S. MARSHAL S/CA
DATE 6/17/08
Indicted

RECEIVED 2008 JUN 18 A 11:14 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

W. Samuel Hamrick, Jr.
Name of Issuing Officer

_[signature]_
Signature of Deputy

Clerk of the Court
Title of Issuing Officer

June 17, 2008 San Diego, CA
Date and Location

Bail fixed at $ _____ by _____ The Honorable Nita L. Stormes
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

OCDETF
SW-CAS # 447
Operation Mariposa

AUSA

FBI

3599
(Dist of meth)