**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619) 232-8776
Fax: (619) 232-5854
lawforvatos@yahoo.com

Attorney for Defendant **Ruben Santos**

<br>

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No. 08CR2018-L |
| Plaintiff, | ) DATE: JULY 25, 2008 |
| | ) TIME: 1:30 P.M. |
| vs. | ) |
| | ) NOTICE OF MOTION & MOTION |
| **RUBEN SANTOS (02),** | ) FOR LEAVE TO FILE FURTHER |
| | ) MOTIONS |
| **Defendant.** | ) |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY and
MICHAEL J. CROWLEY, ASSISTANT UNITED STATES ATTORNEY:

PLEASE TAKE NOTICE that on July 25, 2008, at 1:30 p.m., or as soon thereafter as counsel may be heard, the Defendant, RUBEN SANTOS, by and through his counsel, Victor Manuel Torres, will move this court for orders granting the motion made below.

## MOTION

Defendant, RUBEN SANTOS, by and through his counsel Victor Manuel Torres, pursuant to the Federal Rules of Criminal Procedure and all other applicable statutes and local rules for an order FOR LEAVE TO FILE FURTHER MOTIONS.

This motion is based on the instant motion, the notice of motion, the statement of facts, and the memorandum of points and authorities, the files and records in the above-entitled cause, and any and all other information that may be brought to the court's attention prior to or during the hearing of this motion.

DATED:    07/10/08                Respectfully submitted,


                              s/ *VICTOR MANUEL TORRES*
                              VICTOR MANUEL TORRES
                              Attorney for Mr. Santos

**VICTOR MANUEL TORRES**
California Bar No. 140862
The Law Office at Petco Park
406 Ninth Avenue, Suite 311
San Diego, CA 92101
Tel: (619)232-8776
Fax: (619)232-5854
lawforvatos@yahoo.com

Attorney for Defendant **RUBEN SANTOS**

# UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

### (HONORABLE M. JAMES LORENZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08CR2018-L |
|  Plaintiff, | ) |
|  | ) **MEMORANDUM OF POINTS &** |
|  | ) **AUTHORITIES IN SUPPORT OF** |
| vs. | ) **DEFENDANT'S MOTION** |
|  | ) |
| RUBEN SANTOS (02), | ) |
|  | ) |
|  Defendant. | ) |

**I.**

**STATEMENT OF FACTS**

This statement of facts and the facts discussed in the memorandum of points and authorities are strictly for the purpose of this motion and are not to be considered admissions by the defendant, Ruben Santos. Mr. Santos expressly reserves the right to contradict, explain, amplify or otherwise discuss any of the facts mentioned here at trial or other proceedings.

According to the Probable Cause Statement attached to the initial Complaint in this matter, on April 23, 2008, Mr. Santos was observed by investigating agents of the Federal

Bureau of Investigation meet with co-defendant Marco Antonio Corrado and transact a sale of one quarter pound of methamphetamine. Mr. Santos has pled Not Guilty.

To date, defense counsel has received no discovery.

## II.

## THE DEFENDANT REQUESTS LEAVE TO FILE FURTHER MOTIONS

The defendant, Ruben Santos, requests leave to file further motions upon receipt of the items specifically requested in the discovery motion and not yet provided by the government and as events and these proceedings warrant.

## III.

## CONCLUSION

For the foregoing reasons the Defendant, RUBEN SANTOS, respectfully requests that the court grant this motion.

DATED:   07/10/08                                Respectfully submitted,


                                       s/ *VICTOR MANUEL TORRES*
                                       VICTOR MANUEL TORRES
                                       Attorney for the Mr. Santos

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE M. JAMES LORENZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08CR2018-L |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| vs. | ) | |
| | ) | |
| RUBEN SANTOS (02), | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS HEREBY CERTIFIED:

I, VICTOR MANUEL TORRES, am a citizen of the United States of America over the age of eighteen years. My business address is 406 Ninth Avenue, Suite 311, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of the Defendant's Notice of Motion and Motion for Leave to File Further Motions on the following party by electronic filing with the Clerk of the Court using its ECF System, which electronically informs the party:

Michael J. Crowley, AUSA

I herby certify that I have caused to be mailed the foregoing, by the U.S. mail to the following non-ECF participants in this case:

None

at the last known address, at which place there is delivery service of U.S. mail.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 10, 2008.

s/ *Victor Manuel Torres*
VICTOR MANUEL TORRES